BEFORE THE FIRST DIVISION, APRIL 3, 1963

**No. 67560.**—James G. Wiley Co., a/c Burn-Strauss, Inc. *v.* United States, protest 59/10253 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of cast-iron trivets with ceramic tile centers, which are permanently joined, in chief value of the metal portion, and used chiefly in the household for utilitarian purposes, the claim of the plaintiff was sustained.